# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASH DELANO REGISTER,<br><br>　　　　Plaintiff,<br>　　v.<br>The CITY OF LOS ANGELES, RICHARD ZOLKOWSKI, LEE KINGSFORD; GENE HUBENTHAL; MARTIN ZUBURI; GLEN BIEIR; G.W. HALLANGER, and JOHN DOES 1-10, in their individual capacities,<br><br>　　　　Defendants. | **CASE NO. CV14-04568 JAK (SHx)**<br>*Judge John A. Kronstadt, Ctrm. 750*<br>*Mag. Judge Stephen J. Hillman, Ctrm. 550*<br><br>DISCOVERY MATTER<br>*Referred to Magistrate Judge Stephen J. Hillman*<br><br>***PROTECTIVE ORDER***<br><br>**Discovery Cut-off:**　Sept. 18, 2015<br>**Pretrial Conference:**　Dec. 21, 2015<br>**Trial Date:**　　　　　Jan. 12, 2016 |

IT IS SO ORDERED.  The Stipulation for Protective Order is hereby approved and shall govern the disclosure in this action of all "Confidential Information," as that term is described in the foregoing Stipulation.

DATED: April 6, 2015

　　　　　　　　　　　　　　　　　　／s／ Stephen J. Hillman
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**HON. STEPHEN J. HILLMAN**
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28