1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASH DELANO REGISTER, | **CASE NO. 14-CV-04568 JAK (JCx)** |
| Plaintiff, | *Judge John A. Kronstadt, Ctrm. 750* |
| v. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE  JS-6** |
| The CITY OF LOS ANGELES, et al., | |
| Defendants. | |

1

1     Upon consideration of the parties' Stipulation of Dismissal with Prejudice,
2 and good cause appearing therefore, IT IS HEREBY ORDERED that this action is
3 dismissed in its entirety, with prejudice.
4     All parties shall bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: February 24, 2016                _____

                                              Hon. John A. Kronstadt
                                                U.S. District Judge